Case 2,
1 m 184
100 546

December, 1823.

### Harris and Leland *against* Kreps.

Writ of Error or appeal will not lie where a final judgment has not been entered on the Record.

JUDGE *Saffold* delivered the opinion of the Court.

On inspection of the Record, we find that at *April* term, 1821, a verdict was rendered for defendant in Error. No judgment of the Court below appears. This Court is vested with appellate jurisdiction on none but judgments, decrees, and final orders of inferior Courts. We are therefore restrained from an examination of the assignments ; and the writ of Error must be dismissed.